FILED
JUN 17 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SHANNON PEREZ, HAROLD DUTTON, JR. AND GREGORY TAMEZ<br><br>PLAINTIFFS,<br><br>V.<br><br>STATE OF TEXAS; RICK PERRY, In His Official Capacity as Governor of the State of Texas; DAVID DEWHURST, In His Official Capacity as Lieutenant Governor of the State of Texas, and JOE STRAUS, In His Official Capacity as Speaker of the House of Representative, HOPE ANDRADE, in Her Official Capacity as Secretary of State of the State of Texas<br><br>DEFENDANTS, | § § § § § § § § § § § § § § § § § § §    CIVIL NO. SA-11-CV-0360 OLG-JES-XR |
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES (MALC)<br><br>PLAINTIFFS,<br><br>V.<br><br>STATE OF TEXAS; RICK PERRY, In His Official Capacity as Governor of the State of Texas; DAVID DEWHURST, In His Official Capacity as Lieutenant Governor of the State of Texas, and JOE STRAUS, In His Official Capacity as Speaker of the House of Representative,<br><br>DEFENDANTS, | § § § § § § § § § § § § § § § §    CIVIL NO. SA-11-CV-0361 OLG-JES-XR ✓ |
| TEXAS LATINO REDISTRICTING TASK FORCE, JOEY CARDENAS, ALEX JIMENEZ, EMELDA MENENDEZ, TOMACITA OLIVARES JOSE OLIVARES, ALEJANDRO ORTIZ AND REBECCA ORTIZ,<br><br>PLAINTIFFS,<br><br>V.<br><br>RICKY PERRY, In His Official Capacity as Governor of the State of Texas,<br><br>DEFENDANT, | § § § § § § § § § § § § § § § §    CIVIL NO. SA-11-CV-0490 OLG |

## ADVISORY

District Judge Orlando L. Garcia, a member of the panel herein, advises the attorneys of record and the parties of the following matters in the interest of full disclosure.

a) He served in the Texas House of Representatives from November 22, 1983 to January 2, 1990.

b) He served in the Legislature with Plaintiff, the Honorable Harold Dutton, Jr., State Representative from Harris County, during this time but has not seen or conversed with him since the conclusion of the 71st Texas Legislature, Sixth Special Session in June 1990, more than 21 years ago.

c) He served in the Legislature with Defendant, Rick Perry, the Governor of Texas, during this time but has not seen or conversed with him since two years ago in College Station at a Texas-Texas A&M game.

d) The undersigned judge's wife is the sister of State Senator Leticia Van De Putte who, according to the Texas Senate Journal, is not a member of the Senate Redistricting Committee, did not author any legislation related to any redistricting map or plan, nor offered any floor amendments to any of the redistricting maps or plans, and is shown as voting for the State Board of Education, Texas House and Texas Senate map or plan, all of which are the State's plans, and is shown thus far as voting against the State's Congressional map or plan.

e) The undersigned judge has conferred with the Honorable Chief Judge Edith Jones and the other panel members, the Honorable Jerry Smith and the Honorable Xavier Rodriguez about this matter.

Signed this 17 day of June, 2011.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE