IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUL - 6 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES (MALC)  )<br><br>Plaintiffs )<br><br>v. )<br><br>STATE OF TEXAS; RICK PERRY, in his official capacity as Governor of the State of Texas; DAVID DEWHURST, in his official capacity as Lieutenant Governor of the State of Texas; JOE STRAUS, in his official capacity as Speaker of the Texas House of Representatives; )<br><br>Defendants ) | CIVIL ACTION NO.<br>SA-11-CA-361-OLG-JES-XR |

## ORDER GRANTING LULAC'S MOTION TO INTERVENE

Pending before the Court is LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC)'s Motion to Intervene (Dkt. #8). LULAC and certain individually named members seek to intervene in this lawsuit to protect their interests as well as the interests of other Latino voters "and to insure that the Texas redistricting process is fair and consistent with the Constitutional and statutory protections provided to Latino voters of Texas." (Dkt. #8, p. 2). They state that their rights are directly affected by the claims asserted in the lawsuit and neither LULAC nor its members will be adequately protected without their intervention and participation in the lawsuit. (Dkt. #8, p. 2).

The LULAC intervenors correctly note that their motion is timely and that the parties will not be prejudiced by the intervention. There are no unusual circumstances that would preclude intervention, and the LULAC intervenors would suffer prejudice if intervention is denied. Plaintiffs

do not oppose the intervention (Dkt. #8, p. 6), and Defendants have not filed a response indicating that they oppose the intervention. See Local Rule CV-7(d) ("If there is no response filed within the time period prescribed by this rule, the Court may grant the motion as unopposed").

It is therefore ORDERED that LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC)'s Motion to Intervene (Dkt. #8) is GRANTED pursuant to Fed.R.Civ.P. 24(a)(2), and the movants will be entitled to appear as Plaintiff-Intervenors in the above styled lawsuit. The LULAC Plaintiff-Intervenors' proposed complaint, which is attached to their motion, may be filed of record herein.

SIGNED and ENTERED this 6 day of July, 2011.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE